UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:11-cr-76 |
| v. | ) | |
| | ) | MATTICE / LEE |
| MARQUELL ANTWONE CRUTCHER | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the thirteen-count
Indictment (2) accept Defendant's plea of guilty to the lesser included offense of the charge in Count
One, that is of conspiracy to distribute a mixture and substance containing a detectable amount of
cocaine base ("crack"), a Schedule II controlled substance, in violation of 21 USC §§ 846, 841(a)(1)
& 841(b)(1)(C); (3) adjudicate Defendant guilty of the lesser included offense of the charge in Count
One, that is of conspiracy to distribute a mixture and substance containing a detectable amount of
cocaine base ("crack"), a Schedule II controlled substance, in violation of 21 USC §§ 846, 841(a)(1)
& 841(b)(1)(C); (4) defer a decision on whether to accept the plea agreement until sentencing; and
(5) find Defendant shall remain in custody until sentencing in this matter [Doc. 90]. Neither party
filed a timely objection to the report and recommendation. After reviewing the record, the Court
agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS**
and **ADOPTS** the magistrate judge's report and recommendation [Doc. 90] pursuant to 28 U.S.C.
§ 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

        is **GRANTED**;

(2)     Defendant's plea of guilty to the lesser included offense of the charge in Count One, that is of conspiracy to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of 21 USC §§ 846, 841(a)(1) & 841(b)(1)(C) is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the lesser included offense of the charge in Count One, that is of conspiracy to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of 21 USC §§ 846, 841(a)(1) & 841(b)(1)(C);

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Monday, August 20, 2012 at 9:00 a.m. [EASTERN]** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**


_____/s/Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

2